Andrew Dolejs, appellee, v. Lietuva Building and Loan Association, appellant. Gen. No. 39,643.

Opinion filed March 16, 1938.
Libby & Zipperman, for appellant. Alfred M. Loeser, for appellee.
Mr. Justice Hall delivered the opinion of the court.